UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$314,885.00 IN UNITED STATES CURRENCY, More or less,<br><br>Defendant. | ) | Case No. 14-1422 |

**COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by and through its attorneys, Barry R. Grissom, United States Attorney for the District of Kansas, and Colin Wood, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $314,885.00 in U.S. Currency, more or less (hereinafter "defendant property"), for violations of 21 U.S.C. § 841.

**THE DEFENDANT IN REM**

2. The defendant property consists of: $314,885.00 in United States currency, more or less, that was seized on or about November 14, 2014, by the Dickinson County Sheriff during a routine traffic stop of a rented 2015 Chevrolet Suburban, driven by Andris Cukurs, on I-70 at

milepost 277 in Dickinson County, in the District of Kansas. The currency is currently in the custody of the United States Marshal Service.

**JURISDICTION AND VENUE**

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

**BASIS FOR FORFEITURE**

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

**FACTS**

7. Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

**CLAIM FOR RELIEF**

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

BARRY R. GRISSOM

COLIN D. WOOD
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS S.Ct. No. 19800

**AFFIDAVIT**

I, Dave Grittman, being first duly sworn, depose and state:

1. Your Affiant is employed as a Kansas Highway Patrol Trooper cross-designated a DEA Task Force Officer in the District of Kansas. My duties include investigation of violations of the Controlled Substance Act, Title 21 of the United States Code and the forfeitures thereto.

2. The information contained in this affidavit is known to your Affiant through personal direct knowledge, and/or through information relayed to your Affiant by other law enforcement personnel, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a complaint for forfeiture of $314,885.00, more or less, in United States currency.

3. On or about November 14, 2014, Dickinson County Sheriff's Deputy Kalen Robison stopped for a traffic violation a rented 2015 Chevrolet Suburban on I-70 at milepost 277 in Dickinson County, in the District of Kansas. Deputy Robison spoke with the driver, Andris Cukurs.

4. During the event, Deputy Robison detected the odor of marijuana coming from the vehicle. Prior to searching the vehicle, Cukurs told the deputy that there were no controlled substances or large amounts of currency inside. During searches of the vehicle, officers located $314,885.00, more or less in U.S. currency. Some of the currency was located in heat-sealed plastic bags, and the remainder inside the lining of suitcases. When the heat-sealed bags were opened, officers detected a strong odor of raw marijuana.

5. On December 9, 2014, a federal grand jury indicted Cukurs on one count of Conspiracy to Launder Monetary Instruments in *United States v. Andris M. Cukurs*, District of Kansas Case No. 14-10199-JTM.



Affiant believes probable cause exists that the $314,885.00 seized in this investigation constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, USC, § 841 et. seq.

Dave Grittman, TFO
DEA

Sworn to and subscribed by me this 15th day of December, 2014.




Michelle Stephens
Notary

My Commission Expires: 5/23/2018